UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BA-PAKAL LUMA NATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22CV390 |
| | ) |
| CHIEF TRAVIS STROUD, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on Plaintiff's post-judgment Motion for Immediate Emergency Injunction [Doc. #12] and Plaintiff's renewed Application to Proceed In Forma Pauperis [Doc. #11]. However, this case was previously dismissed without prejudice to re-filing by individual plaintiffs bringing their own claims. Notably, no complaint by the individual plaintiffs has yet been filed. Therefore, there is still no proper complaint to which the Motion or the Application to Proceed In Forma Pauperis could relate.

In light of this history, the Application to Proceed In Forma Pauperis should be denied as moot in the present case, and should be re-submitted by the individual plaintiffs if they file a proper complaint on their own behalf. Forms for filing a complaint may be obtained from the Clerk's Office and should be submitted by individual plaintiffs on their own behalf, or by counsel admitted to practice in this District. The Motion for Immediate Emergency Injunction is similarly not proper since there is no proper complaint or pending case to which it could relate. In addition, the Motion has not been filed by the individual plaintiffs but

instead by a non-attorney on their behalf, which is not proper, as set out in the Recommendation [Doc. #5]. Therefore, the Motion for Emergency Injunction should be denied.

IT IS THEREFORE RECOMMENDED that the Motion for Emergency Injunction [Doc. #12] be denied, and that the Application to Proceed In Forma Pauperis [Doc. #11] be denied without prejudice to re-filing with a proper complaint by individuals proceeding on their own behalf or through counsel admitted to practice in this District.

This, the 7th day of June, 2023.

/s/ Joi Elizabeth Peake
United States Magistrate Judge